BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Felder

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-00153-SBA |
| --- | --- | --- |
| | ) | CR 04-40144-SBA |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER OF CONTINUANCE |
| vs. | ) | AND EXCLUSION OF TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| JOHN MARK FELDER, | ) | SEQ. |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from the date of this Order until January 18, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because time is needed by the parties for participation in the Presentence Investigation.

2. The proposed plea agreement has been submitted to the court and will be under advisement by the Court.

3. Given the preparation of counsel and the Court's consideration of the proposed plea

1

agreement, additional time is needed for effective preparation of counsel and consideration of the plea agreement by the court.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from the date of this Order until January 18, 2012.

IT IS FURTHER ORDERED that a CHANGE OF PLEA/FINAL REVOCATION AND SENTENCING HEARING be scheduled for January 18, 2012 at 10:00 a.m., before the Honorable Saundra Brown Armstrong.

DATED:10/25/11

                                      HON. SAUNDRA BROWN ARMSTRONG
                                      UNITED STATES DISTRICT JUDGE