| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant Felder |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00153-SBA |
| | ) | CR 04-40144-SBA |
| Plaintiff, | ) | |
| | ) | ORDER CHANGING CALENDAR |
| vs. | ) | SETTING AND EXCLUDING TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT, 18 |
| JOHN MARK FELDER, | ) | U.S.C. § 3161 ET SEQ. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 18, 2012 until February 3, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because defense counsel requires additional time to discuss the case with Mr. Felder, given that there were delays occasioned by counsel's vacation and Mr. Felder's Motion for Substitution of Appointed Counsel, which was withdrawn by him.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h) (7)(A) and (B)(iv) from the date of this Order until

1

February 3, 2012.

IT IS FURTHER ORDERED that the matter currently set for CHANGE OF PLEA/FINAL REVOCATION AND SENTENCING HEARING on February 3, 2012, at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be re-set on the same date and time as a CHANGE OF PLEA AND STATUS REGARDING SUPERVISED RELEASE REVOCATION.

DATED: January 20, 2012

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE